955 P.2d 534

**STATE of Arizona, Appellee,**

v.

David Patrick RAMIREZ, Appellant.

No. CR–97–0353–PR.

Supreme Court of Arizona.

Feb. 6, 1998.

ORDER

After hearing oral argument and considering further the pleadings filed, it appears to the Court that the grant of review in this case was improvident. Therefore,

IT IS ORDERED that the order granting review is vacated.

IT IS FURTHER ORDERED that the Petition for Review is dismissed.

Justice Martone and Judge Brammer dissent from the dismissal of the Petition for Review.

955 P.2d 534

Dora HART, Dale Hart and Jeff Ernst, Plaintiffs–Appellants, Cross–Appellees,

v.

SEVEN RESORTS, INC., a Nevada Corporation dba Temple Bar Resort, Defendant–Appellee, Cross–Appellant.

No. CV–97–0259–PR.

Supreme Court of Arizona.

March 10, 1998.

ORDER

After hearing oral argument and considering further the pleadings filed, it appears to the Court that the grant of review in this case was improvident. Therefore,

IT IS ORDERED that the order granting review is vacated.

IT IS FURTHER ORDERED that the Petition for Review is dismissed.

955 P.2d 534

SCOTTSDALE UNIFIED SCHOOL DISTRICT NO. 48 OF MARICOPA COUNTY, Arizona; Avondale Elementary School District No. 44 of Maricopa County, Arizona; Balsz Elementary School District No. 31 of Maricopa County, Arizona; Creighton Elementary School District No. 14 of Maricopa County, Arizona; Dysart Unified School District No. 89 of Maricopa County, Arizona; Glendale Elementary School District No. 40 of Maricopa County, Arizona; Mobile Elementary School District No. 96 of Maricopa County, Arizona; Pendergast Elementary School District No. 92 of Maricopa County, Arizona; Tolleson Union High School District No. 214 of Maricopa County, Arizona; Tempe Elementary School District No. 3 of Maricopa County, Arizona; Gilbert Public Schools of Maricopa County, Arizona; Liberty Elementary School District No. 25 of Maricopa County, Arizona; Peoria Unified School District No. 11 of Maricopa County, Arizona; Paradise Valley Unified School District No. 69 of Maricopa County, Arizona; Mesa Unified School District No. 4 of Maricopa County, Arizona; Phoenix Union High School District No. 210 of Maricopa County, Arizona; Osborn Elementary District No. 8 of Maricopa County, Arizona; Isaac Elementary School District No. 5 of Maricopa County, Ari-